# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

_____ Division

MARCO VASQUEZ

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

WELNER'S CONSTRUCTION, LLC & AMERICA'S HOME PLACE, INC.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Marco Vasquez |
| Street Address | 12487 Shay Avenue |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70815 |
| Telephone Number | 1-737-203-6051 |
| E-mail Address | N/A |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

| | |
|---|---|
| Name | WELNER'S CONSTRUCTION, LLC |
| Job or Title (if known) | Registered Agent: Welner Sura |
| Street Address | 7851 ASHTON AVENUE |
| City and County | DENHAM SPRINGS, LIVINGSTON PARISH |
| State and Zip Code | LOUISIANA 70706 |
| Telephone Number | 1-225-337-3685 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | AMERICA'S HOME PLACE, INC. |
| Job or Title (if known) | Registered Agent: CT Corporation System |
| Street Address | 3867 Plaza Tower Drive |
| City and County | Baton Rouge, East Baton Rouge Parish |
| State and Zip Code | Louisiana 70816 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

C. **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | WELNER'S CONSTRUCTION, LLC |
| Street Address | 7851 ASHTON AVENUE |
| City and County | DENHAM SPRINGS, LIVINGSTON PARISH |
| State and Zip Code | LOUISIANA 70706 |
| Telephone Number | 1-225-337-3685 |

II. **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☑ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
☑ Relevant state law
☐ Relevant city or county law

III. **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Construction of residential homes

B. Dates of employment:
April 2020 through June 7, 2020

C. Employee's job title and a description of the kind of work done:
Employee was a manual laborer. Employee lifted wood, picked up garbage, cut wood, and did ceiling, wall, and roof repair and construction.

D. Rate, method, and frequency of wage payment:

Employee was paid hourly at $20.00 an hour.

E. Number of hours actually worked each week in which a violation is claimed:
Through the span of his employment employee routinely worked 55 hour weeks. He would work from sunrise to sunset on the days he worked which was full-time.

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☑ Failure to pay required overtime *(explain)*
Employee never received any overtime pay whatsoever.

☑ Other violation(s) *(explain)*
Employee was terminated for filing a workers' compensation claim which is a violation of La. R.S.

G. Date(s) of the alleged violation(s):
The first week of April 2020 through June 7, 2020

H. Additional facts:
Employee was given by employer the use of a trailer for ferrying around construction materials. After being fired for bringing a workers' compensation claim, Welner's fraudulently instituted a police action claiming that employee had stolen the trailer. This led to employee being wrongfully detained and was probably a bad faith attempt to get employee deported.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. Vaquez is owed $10 of FLSA overtime for 15 hours for each week worked, or 14 weeks, totaling $2,100.00 plus liquidated damages equaling $4,200.00.

La. R.S 23:631 - failure to pay imposes a penalty of 90 days wages at the daily rate (or for full wages from time of demand whichever is lesser). The amount is $14,400.00 for 90 days at a minimum 8 hour day and $20 an hour.

La. R.S. 23:1361 - Mr. Vasquez is owed up to one year's earnings, together with reasonable attorney's fees and court costs. At $20.00 an hour working 55 hour weeks, he was entitled to $1,250.00 a week. One year's earnings of 52 weeks at $1,250.00 equals $65,000.00.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _____
Printed Name of Plaintiff    _____

### B.    For Attorneys

Date of signing:    10-6-20

Signature of Attorney    _____
Printed Name of Attorney    Joseph S. Manning
Bar Number    35220

| | |
|---|---|
| Name of Law Firm | ROWE LAW FIRM |
| Street Address | 5157 Bluebonnet Blvd., Baton Rouge, LA 70810 |
| State and Zip Code | Louisiana 70810 |
| Telephone Number | 1-225-293-8787 |
| E-mail Address | JManning@rowelaw.net |